McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MONICA L. CHUBA, <br><br> Plaintiff, <br><br> vs. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:20-cv-00315-DMC <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from October 2, 2020, up to and including November 2, 2020.  Defendant requests additional time to consider the administrative record and findings in light of the legal and factual issues that Plaintiff raised in her motion for summary judgment (Dkt. 14).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  October 1, 2020         /s/  *Shellie Lott*
                                (*as authorized via e-mail on September 25, 2020)
                                SHELLIE LOTT
                                Attorney for Plaintiff

DATED: October 1, 2020          McGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                       By:      /s/  *Ellinor R. Coder*
                                ELLINOR R. CODER
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including Nov. 2, 2020, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  October 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE