1  SHELLIE LOTT, SBN:  246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5

6  Attorney for Plaintiff

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9                        SACRAMENTO BRANCH

10 MONICA L. CHUBA,                         Case No.:  2:20-cv-00315-DMC

11            Plaintiff,

12 vs.                                      **STIPULATION AND ORDER FOR THE
                                            AWARD OF ATTORNEY FEES**
13                                          **PURSUANT TO THE EQUAL ACCESS**
   ANDREW SAUL,                             **TO JUSTICE ACT, 28 U.S.C. § 2412(d)**
14 Commissioner of Social Security,

15

16            Defendant

17

18     IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20 EAJA in the amount of TWO THOUSAND SEVEN HUNDRED ONE AND FOURTEEN

21 CENTS ($2,701.14).  This amount represents compensation for all legal services rendered on
22

23 behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28

24 U.S.C. § 2412.

25     After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

26 will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's
27

28 attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the

assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  January 26, 2021         /s/ Shellie Lott
                                 SHELLIE LOTT
                                 Attorney for Plaintiff

                                 McGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH L. STACHEL
                                 Regional Chief Counsel, Region IX

Date: January 26, 2021           /s/ Ellinor R. Coder
                                 (As authorized via email on 01/20/21)
                                 ELLINOR R. CODER
                                 Special Assistant United States Attorney

1  SHELLIE LOTT, SBN:  246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5

6  Attorney for Plaintiff

7                    **UNITED STATES DISTRICT COURT**

8                  **EASTERN DISTRICT OF CALIFORNIA**

9                       **SACRAMENTO BRANCH**

10 MONICA L. CHUBA,                         Case No.:  2:20-cv-00315-DMC

11            Plaintiff,

12 vs.                                      **ORDER FOR THE AWARD OF**
                                            **ATTORNEY FEES PURSUANT TO THE**
13                                          **EQUAL ACCESS TO JUSTICE ACT, 28**
14 ANDREW SAUL,                             **U.S.C. § 2412(d)**
   Acting Commissioner of Social Security,
15

16            Defendant

17

18      Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees

19 under EAJA, in the amount of TWO THOUSAND SEVEN HUNDRED AND FOURTEEN

20 CENTS ($2,701.14), are awarded to Plaintiff, subject to the terms of the stipulation.

21      IT IS SO ORDERED.

22

23

24 Dated:  January 26, 2021

25                                          _____
                                            _____
26                                          DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE
27

28